**W. H. Rodgers, appellee, v. Kipp's Express & Van Company, appellant. Gen. No. 7,412.**

Action for damage to plaintiff's car in collision with defendant's truck. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

H. H. Whittemore, for appellant.    Robillard & Henry, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Alice Watson, appellant, v. George LaFollette and J. H. Savage, appellees. Gen. No. 7,415.**

Action for false imprisonment. Judgment for defendants. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

Joseph Storey, Charles C. Dickman and Henry J. Ingram, for appellant. Scholes & Pratt, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Ellen Callahan, appellant, v. E. J. Welter, sheriff of La Salle county, appellee. Gen. No. 7,423.**

Replevin to recover personal property levied upon by defendant sheriff. Judgment for the defendant. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925. Rehearing denied April 29, 1925. *Certiorari* denied by Supreme Court (making opinion final).

W. A. Panneck, for appellant. Arthur H. Shay and J. E. Malone, Jr., for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Eugene Brown and Deloss Brown, trading as Brown Brothers, appellees, v. Hajo H. Block, appellant. Gen. No. 7,426.**

Assumpsit to recover commission on sale of real estate. Judgment for plaintiffs. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

Hunter, Page & Kavanagh, for appellant. Tichenor, Todd, Wilson & Barnett, for appellees.

Mr. Presiding Justice Jett delivered the opinion of the court.